USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH GILLMAN,

          Plaintiff,

-against-

THE LEGAL AID SOCIETY,

          Defendant.

19 Civ. 9310 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    During the telephonic conference held in Case No. 19 Civ. 5702, Copeland v. Legal Aid Society, Defendant requested an extension of its time to answer or otherwise respond to the complaint in this related case, and represented that Plaintiff in this matter joined in that request. For reasons stated during the telephonic conference, Defendant's request is GRANTED. By **January 10, 2020**, Defendant shall answer or otherwise respond to the complaint.

    SO ORDERED.

Dated: December 20, 2019
       New York, New York

                                ANALISA TORRES
                                United States District Judge